# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-CR-308-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY CATHERINE GRASMICK

    Defendant.

---

## INFORMATION

---

The United States Attorney charges:

### COUNT 1

1. On or about June 29, 2016, in the State and District of Colorado and elsewhere, the defendant MARY CATHERINE GRASMICK did knowingly alter, conceal, cover up, falsify and make false entries in a record document, and tangible object, specifically respective spreadsheets identifying employees of COMPANY A, whose identity is known to the United States Attorney, who worked in a HUBZone on July 21, 2011, and September 15, 2011, with the intent to impede, obstruct and influence the investigation and proper administration of such matters within the jurisdiction of the

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

United States Department of Defense, a department and agency of the United States, and in relation to and in contemplation of such matter and cause.

All in violation of Title 18 United States Code, Section 1519.

JASON R. DUNN
United States Attorney

By: *s/Bryan David Fields*
Bryan David Fields
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Bryan.Fields3@usdoj.gov
Attorney for Government
