| | |
|---|---|
| <u>DEFENDANT</u>: | MARY CATHERINE GRASMICK |
| <u>AGE/YOB</u>: | 1989 |
| COMPLAINT FILED? | _____ Yes _____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | __ Yes   _X_ No |
| If No, a new warrant is required | |
| <u>OFFENSE(S)</u>: | 18 U.S.C. § 1519 (Falsification of Documents) |
| <u>LOCATION OF OFFENSE</u>: | Pueblo, Colorado |
| <u>PENALTY</u>: | NMT 20 years' imprisonment; fine of $250,000 or 2x gain/loss, whichever is greater (or both a fine and imprisonment); NMT 3 years' supervised release; SA fee of $100 |
| <u>AGENT</u>: | Jorge Richardson<br>Special Agent, DCIS |
| <u>AUTHORIZED BY</u>: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant

1