# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>Mary Catherine Grasmick<br>_____<br>*Defendant* | )<br>)  Case No. 19-cr-00308-DDD<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/09/2019

_Mary Catherine Grasmick_
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kenneth M. Harmon, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. N. Reid Neureiter, U.S. Magistrate Judge
*Judge's printed name and title*