IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00308-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY CATHERINE GRASMICK,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for defendant Andrew Silverman in the above-captioned case.

    DATED at Denver, Colorado this 9th day of July, 2019.

    Respectfully submitted,

    <u>s/Kenneth M. Harmon</u>
    Kenneth M. Harmon
    Springer & Steinberg, P.C.
    1600 Broadway, Suite 2100
    Denver, Colorado 80202
    Tel. No. (303) 861-2800
    E-Mail: <u>kharmon@springersteinberg.com</u>

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                  *s/Kenneth M. Harmon*
                                                  Kenneth M. Harmon