IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Criminal Action No. 1:19-cr-00308-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY CATHERINE GRASMICK,

    Defendant.

## ORDER SETTING TRIAL DATE AND RELATED DEADLINES

This matter comes before the Court for the setting of a trial date and related pretrial deadlines. Pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161–74, the Federal Rules of Criminal Procedure, and the Local Rules of Practice for the United States District Court for the District of Colorado, and the Court's Civil Practice Standards, it is ORDERED that:

A **5-day jury trial** is set to commence at **8:30 a.m.** on **September 9, 2019** in Courtroom A702 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. Counsel and pro se parties shall be present at 8:00 a.m. on the first day of trial; and

A Trial Preparation Conference is set for **1:30 p.m.** on **September 5, 2019** in Courtroom A702. Counsel who will try the case must attend, and the parties should be prepared to address the following issues: (1) any outstanding motions; (2) jury selection; (3) sequestration of witnesses; (4) timing of presentation of witnesses and

evidence; (5) anticipated evidentiary issues; (6) any stipulations of fact or law; and (7) any other issue affecting the duration or course of the trial.

It is FURTHER ORDERED that

All pretrial motions shall be filed no later than **August 2, 2019**, responses to those motions shall be filed no later than **August 9, 2019**, and no replies shall be permitted without prior leave of the Court;

Expert witness disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and (b)(1)(C) shall be made no later than **four weeks** prior to the Trial Preparation Conference, and any challenges to such experts shall be made no later than **three weeks** prior to the Trial Preparation Conference;

Rebuttal expert witness disclosures shall be made no later than **two weeks** prior to the Trial Preparation Conference, and any challenges to such rebuttal experts shall be made no later than **one week** prior to the Trial Preparation Conference;

The parties shall file their proposed witness and exhibit lists **two business days** before the Trial Preparation Conference. Defendant does not need to be listed on Defendant's witness list;

The parties shall file and email to Domenico_Chambers@cod.uscourts.gov in editable Word format their proposed jury instructions and verdict forms **two business days** before the Trial Preparation Conference. The proposed instructions shall identify the source of the instruction and supporting authority, each instruction should be numbered (e.g., "Government's Instruction No. 1"), and

whenever practicable and appropriate, the parties shall use or adapt for use the Criminal Pattern Jury Instructions prepared by the Criminal Pattern Jury Instruction Committee of the United States Court of Appeals for the Tenth Circuit;

The parties shall file their proposed *voir dire* questions **two business days** before the Trial Preparation Conference; and

Pursuant to D.C.COLO.LCrR 11.1(a), any notice of disposition shall be filed no later than **fourteen days** before trial, absent an order permitting or directing otherwise. Upon the filing of a notice of disposition, the Court may convert the Trial Preparation Conference to a change of plea hearing.

The parties are directed to review and follow this Court's Practice Standards for Criminal Cases, and to ensure compliance with all pretrial deadlines triggered by the setting of the Trial Preparation Conference.

DATED: July 10, 2019                    BY THE COURT:

*/s/Daniel D. Domenico*
Hon. Daniel D. Domenico
United States District Judge