IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00308-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

MARY CATHERINE GRASMICK,

       Defendant.

## NOTICE OF DISPOSITION

     Defendant Mary Catherine Grasmick, by and through her undersigned counsel, hereby advises the Court that the parties, through written plea agreement, have reached a disposition in this case, pursuant to which Defendant Grasmick is prepared to enter a guilty plea to the pending Information in this case.  Defendant accordingly requests that this Court set this case down for a Change of Plea Hearing on a date to be determined by the Court, in consultation with counsel for the parties.

     DATED this 18th day of July, 2019.

                                            Respectfully submitted,

                                            *s/Kenneth M. Harmon*
                                            Kenneth M. Harmon
                                            Springer & Steinberg, P.C.
                                            1600 Broadway, Suite 2100
                                            Denver, Colorado 80202
                                            Tel. No. (303) 861-2800
                                            E-Mail:kharmon@springersteinberg.com

                                            Counsel for Mary Catherine Grasmick

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

              *s/Kenneth M. Harmon*
              Kenneth M. Harmon