**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  19-cr-00308-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY CATHERINE GRASMICK,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as co-counsel for defendant Mary Catherine Grasmick in the above-captioned case.

DATED at Denver, Colorado this 4th day of September, 2019.

    Respectfully submitted,

    *s/Paul E. Pelletier*
    Paul E. Pelletier, Esq.
    3500 Morningside Drive
    Fairfax, VA. 22031
    Tel. No. (202) 617-9151
    E-Mail: pepelletier3@gmail.com

    Co-Counsel for Mary Catherine Grasmick

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/Paul E. Pelletier*
Paul E. Pelletier, Esq.