# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: |
| Court Reporter:   Tracy Weir | Interpreter:  n/a |
| Probation:  n/a | |

**CASE NO.**

Parties                                                                 Counsel

UNITED STATES OF AMERICA,                         Bryan Fields

    Plaintiff,

v.

Mary Catherine Grasmick                                  Paul Pelletier
                                                                                                         Kenneth Harmon

    Defendant.

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**1:32 p.m.       Court in session.**

Defendant present on bond.

Defendant sworn.

Defendant advised regarding:

       1)      The Plea Agreement;
       2)      The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
       3)      The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is rearraigned on Count 1 of the **Information**.   Defendant pleads guilty to Count 1 of the **Information**

Oral findings are made of record.

**ORDER:**   Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Information**

**ORDER:**   Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**   Sentencing hearing is set **December 17, 2019 at 1:30 p.m.,** in Courtroom A702, 901 19th Street, Denver, CO.

**ORDER:**   All dates other than the sentencing date are vacated and any pending motions are denied as moot.

**ORDER:**   Sentencing positions, including motions for departure or variant sentencing, decrease of offense level or to dismiss counts will be filed at least 14 days before the sentencing date.   Any responses or objections to such filings must be filed no later than seven days before the sentencing date.   Failure to file a response to an opposing party's sentencing statement or motions will be construed as a concession of the relief requested by the opposing party.

**ORDER:**   Bond is Continued.

**2:10 p.m.**   **Court in recess.**

**Total Time:   38 minutes.**
**Hearing concluded.**