IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00308-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY CATHERINE GRASMICK,

Defendant.

---

**DEFENDANT GRASMICK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SENTENCING VARIANCE MOTION**

---

Defendant Mary Catherine Grasmick (hereinafter Mrs. Grasmick), by and through her undersigned counsel, hereby moves this Courts for an order extending -- by 3-days from the date of this motion, i.e., up to and including through Friday, December 6, 2019 – her time to file a motion for a sentencing variance in this case.  In support of the motion, Mrs. Grasmick states as follows:

    1.    Sentencing in this case is scheduled to take place on December 17, 2019.  Under this Court's local rules, a motion for a departure or variance must be filed no later than 14 days before sentencing.  D.C.COLO.L.CrR 32.1(c). Accordingly, the parties' motions for a variance or departure in this case are currently due by December 3, 2019.

    2.    The Probation Office is recommending that the Court vary from the applicable sentencing guideline range in this case and impose a sentence of probation with respect to Mrs. Grasmick (ECF No. 18-1).  Mrs. Grasmisck intends to advocate for such a variant sentence and intends to do so through a written motion in support of such relief.  Her positions and intention have been made known to both Government counsel and the Probation Office.

    3.    Mrs. Grasmick's lead counsel in this case, and the attorney most familiar with the facts and circumstances of the case, Paul E. Pelletier, Esq., has been on travel status outside

of his home state and away from his office for the past several days on another matter and, as a result, has not been in a position to prepare and finalize Mrs. Grasmick's motion for variance by the December 3rd deadline.  Mr. Pelletier will not return from travel on his other matter until mid-day tomorrow.

4.	The purpose of this motion is to afford Mrs. Grasmick's lead counsel sufficient time adequately to prepare and file a variance motion on her behalf.  The brief three-day extension of time sought by this motion will not prejudice either the Government or the Probation Office in addressing this variance issue – which has already been identified and raised by the Probation Office in its presentence investigation. Nor will the requested relief impair the Court in its ability to consider the issue or conduct sentencing generally on the scheduled sentencing date.

5.	Counsel for Mrs. Grasmick have consulted with both the assigned Probation Officer, Paige Meador, and Assistant U.S. Attorney Bryan Fields about the motion and are advised that neither opposes this requested extension in time.

WHEREFORE, Defendant Grasmick respectfully requests that this Court grant this motion and enter an order extending her time to file a variance or departure motion in this case by 3-days, up to and including through Friday, December 6, 2019

DATED this 3rd  day of November, 2019.

Respectfully submitted,

*s/Kenneth M. Harmon*
Kenneth M. Harmon
Springer & Steinberg, P.C.
1600 Broadway, Suite 2100
Denver, Colorado 80202
Tel. No. (303) 861-2800
E-Mail: kharmon@springersteinberg.com

Paul E. Pelletier, Esq.
3500 Morningside Drive
Fairfax, VA. 22031
Tel. No. (202) 617-9151
E-Mail: pepelletier3@gmail.com

                                                Counsel for Mary Catherine Grasmick

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of December 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                *s/Kenneth M. Harmon*
                                                Kenneth M. Harmon

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of September 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                          *s/Paul E. Pelletier*
                                          Paul E. Pelletier, Esq.