# EXHIBIT C

**NATIONAL GUARD BUREAU**
UNITED STATES PROPERTY AND FISCAL OFFICE FOR COLORADO
660 South Aspen Street, MS 66, Buckley Air Force Base, Aurora, CO 80011-9551

27 June 2013

To Whom It May Concern:

The Colorado Army National Guard is currently working with Mass Service & Supply, LLC on the Regional Training Institute (RTI) at Fort Carson, Colorado. The RTI is a 128,000 square-foot facility which will provide military education and combat training to all levels of leadership. As the Chief of Contracting for this premier project it was required to find a strong contracting partner that could be responsive and meet our stringent demands for a quality project. Mass Service & Supply, LLC submitted a winning proposal and was determined to meet the high bar set for the RTI project. I was introduced to Cathy Grasmick, Operating Manager for Mass, and we soon formed a strong partnership with Mass as the construction of the RTI progressed successfully.

We awarded the project to Mass for several best value reasons, price, technical and past performance. First was the customer service provided by Mass under Cathy Grasmick's leadership. She is extremely knowledgeable of our technical needs and deadlines and proved her commitment to excellent customer service. She was successful in integrating a project team to meet the special needs of this project, which proved to be the level of support required for us to meet the mission requirements of this vital project to the Colorado Army National Guard. Her ability to pull the appropriate resources together at the right time, accompanied by her past performance proved to be the deciding factors for the award of the RTI to Mass. The project is at 80% completion and is proving to be a success. We view Cathy as an extension of our team because she clearly understood our needs and has the business acumen to satisfy our requirements.

I have every confidence in Cathy and her ability to lead and manage her employees and know the service level she provides her customers. We are currently coordinating a sizable additional modification of the contract to Mass. I would highly recommend Cathy and her company as a premier partner to anyone in search of a General Contractor.

Sincerely,

SCHOENROCK.MARK.ALVIN.1148492952
*Digitally signed by SCHOENROCK.MARK.ALVIN.1148492952*

Mark A. Schoenrock
Chief of Contracting