# EXHIBIT D

# The Pueblo Chieftain

Saturday, September 7, 2019

## Health Solutions to host open house



The former El Pueblo Adolescent Treatment Community campus on the St. Charles Mesa is being repurposed as Health Solutions' Family Center, 1591 Taos Road. [CHIEFTAIN DRONE PHOTO/ZACHARY ALLEN]

### Former El Pueblo campus is latest hub

**By Jon Pompia**
The Pueblo Chieftain

Having assumed ownership of the defunct El Pueblo Adolescent Treatment Community campus on the St. Charles Mesa in 2018, Health Solutions — a Pueblo-based nonprofit behavioral health care organization — will host an open house for its Family Center from 10 a.m.-1 p.m. Sept. 14.

The center, located at 1591 Taos Road, offers youth and family services, and adult outpatient services.

"The center has repurposed some of the buildings out there," said Heather Hankins, chief behavioral health officer. "We have a clinical building that provides family therapy, for kids and adults. Eventually, we will have a psychiatrist, or a psychiatric nurse practitioner, out there on a part-time basis."

Also operating on the campus is an Intensive Outpatient Program for children. Through partnerships with both local school districts, children struggling in the classroom attend school for part of the day and receive four hours of therapy through the program.

What was once El Pueblo's media center is now Health Solutions' Discovery Center, which houses the Intensive Outpatient Program, experiential therapy, music therapy, dance therapy and play therapy.

At present, about 100 to 120 patients are receiving care at the campus per week. That includes a care coordination team that works with 50 primary care offices in Pueblo, Huerfano and Las Animas counties. 25 staff members are serving clients.

Additional services may be offered on the campus based on assessed community needs.

Following a public forum on the takeover of the El Pueblo property, Dr. Dorothy Perry, Health Solution's chief medical services officer, has been in regular communication with a citizens committee regarding the repurposing of the

See HEALTH, A2

### Effort to recall Polis fails

**Similar venture to recall Garcia is ongoing**

**By Zach Hillstrom**
The Pueblo Chieftain



Polis

The recall effort against Colorado Gov. Jared Polis came to an official end Friday as recall backers fell short of the 631,266 votes needed to activate a special election.

A representative of the Dismiss Polis recall campaign said Friday backers had gathered more than 300,000 signatures, falling significantly short of the threshold required to pose the recall question to voters.

"After all that fuss, I was pleasantly surprised that they didn't turn in a single signature on the recall," Polis said in a statement on Friday.

"I hope the remaining misguided efforts against others see the same results as Tom Sullivan's did before," he said, referencing the now-abandoned effort to recall the Centennial-based Democrat who represents the 37th District in the state House of Representatives.

"Recalls should not be used for partisan gamesmanship."

The remaining efforts targeting Democrats eluded to by Polis seek to recall Democratic state Sen. Pete Lee, of Colorado Springs, Sen. Brittany Pettersen, of Lakewood, and Colorado Senate President Leroy Garcia, of, Pueblo, who

See POLIS, A4

## Pueblo business owner pleads guilty

**By Robert Boczkiewicz**
The Pueblo Chieftain

DENVER — The owner of a Pueblo contracting services company pleaded guilty Thursday to falsifying records in order to obstruct a federal criminal investigation of her company.

Mary Catherine Grasmick entered her plea in Denver him that her company did not qualify for a federal program under which the company had been awarded a government contract.

Grasmick made her admission in a court document she signed. She was released on a bond and is to be sentenced in December.

The economic development program gave competitive program is stated to "increase employment opportunities, investment and economic development."

In addition to pleading guilty, she and her company agreed to pay to the federal government a combined total of $500,000, according to the U.S. Attorney's Office for Colorado, which is prosecuting her.

The payment is to settle program.

Her company is MASS Service and Supply.

The investigation was conducted by the U.S. Defense Department's Criminal Investigative Service because the contract she fraudulently obtained in 2011 was from the Colorado National Guard. It is part of the Defense Department.

The court document states



FAITH | B1

**CENTRAL CHRISTIAN CHURCH SERVES**

# Pueblo business owner pleads guilty

**By Robert Boczkiewicz**
The Pueblo Chieftain

DENVER — The owner of a Pueblo contracting services company pleaded guilty Thursday to falsifying records in order to obstruct a federal criminal investigation of her company.

Mary Catherine Grasmick entered her plea in Denver at the U.S. District Court for Colorado.

She admitted falsifying records she submitted to an investigator, to conceal from him that her company did not qualify for a federal program under which the company had been awarded a government contract.

Grasmick made her admission in a court document she signed. She was released on a bond and is to be sentenced in December.

The economic development program gave competitive advantages to small businesses bidding on contracts, if the companies qualified to participate in it.

The purpose of the program is stated to "increase employment opportunities, investment and economic development."

In addition to pleading guilty, she and her company agreed to pay to the federal government a combined total of $500,000, according to the U.S. Attorney's Office for Colorado, which is prosecuting her.

The payment is to settle the government's allegations that she made false statements to the Small Business Administration, which ran the program.

Her company is MAS Service and Supply.

The investigation was conducted by the U.S. Defense Department's Criminal Investigative Service because the contract she fraudulently obtained in 2011 w[as] from the Colorado Natio[nal] Guard. It is part of the Defe[nse] Department.

The court document st[ates] that the contract was for a regional training center.

See OWNER, A4

Vol. 152, No. 99
4 sections, 28 pages
© 2019 GateHouse Media

Business..........................A6
Classified........................C1
Comics............................C9
Obituaries.......................A9
Sports............................D1
Weather.........................C10

TODAY
Partly sunny
91° / 57°

SUNDAY
Mostly sunny
86° / 53°