# EXHIBIT E



**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, OMAHA DISTRICT
ROCKY MOUNTAIN AREA
1050 SOUTH ACADEMY BOULEVARD, SUITE 100
COLORADO SPRINGS CO 80910-3922

REPLY TO
ATTENTION OF

Contracting Division                                                                                   Serial No. 73

SUBJECT:  Contract W9128F-08-D-0029, Task Order No. 1, HVAC Repairs and Room Renovations, Peterson AFB, CO
(Outstanding Performance Evaluation)

Mass Service & Supply, LLC
920 West 10th Street
Pueblo, CO 81003

Gentlemen:

    Enclosed is one copy of your Performance Evaluation with an overall outstanding rating, which has been prepared in accordance with your Contract Specifications.

    On behalf of my staff, I wish to thank you and commend you for your efforts in the successful completion of a quality product. It is always a pleasure to work with an organization like yours. I sincerely hope we will have the opportunity to work together on many more Corps of Engineers' projects.

Sincerely,

Dawn E. Thompson
Contracting Officer

Enclosure

CF: COE AE, RE, PE, CRS, Haubert, CENWO-CD-S-CM (Ehler)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

# PERFORMANCE EVALUATION (CONSTRUCTION)

**1. CONTRACT NUMBER:** W9128F08D0029  0001
**2. DUNS NUMBER:** 023008167

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

**3. TYPE OF EVALUATION (X one)**
- [ ] INTERIM (List Percentage ____ %)
- [X] FINAL
- [ ] AMENDED

**4. TERMINATED FOR DEFAULT**
- [ ]

**5. CONTRACTOR** (Name, Address, and ZIP code)
Mass Service & Supply, LLC
920 W. 10th Street
Pueblo
CO 81003
NAICS Code: 236220

**6.a. PROCUREMENT METHOD (X one)**
- [X] SEALED BID
- [ ] NEGOTIATED

**b. TYPE OF CONTRACT (X one)**
- [X] FIRM FIXED PRICE
- [ ] COST REIMBURSEMENT
- [ ] OTHER (Specify)

**7. DESCRIPTION AND LOCATION OF WORK**
HVAC Repairs and Room Renovations, Peterson AFB, Colorado
Peterson AFB, CO

**8. TYPE AND PERCENT OF SUBCONTRACTING**
- 15% Design
- 4% Doors & Hardware
- 8% Drywall
- 5% Flooring
- 20% Mechanical
- 20% Electrical
- 2% Furnishings

**9. FISCAL DATA**

| a. AMOUNT OF BASIC CONTRACT | b. TOTAL AMOUNT OF MODIFICATIONS | c. LIQUIDATED DAMAGES ASSESSED | d. NET AMOUNT PAID CONTRACTOR |
|---|---|---|---|
| $5,923,695 | $266,000 | $0 | $6,174,831 |

**10. SIGNIFICANT DATES**

| a. DATE OF AWARD | b. ORIGINAL CONTRACT COMPLETION DATE | c. REVISED CONTRACT COMPLETION DATE | d. DATE WORK ACCEPTED |
|---|---|---|---|
| 09/11/2009 | 09/24/2011 | 12/23/2011 | 08/05/2011 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

**11. OVERALL RATING (X appropriate block)**
- [X] OUTSTANDING
- [ ] ABOVE AVERAGE
- [ ] SATISFACTORY
- [ ] MARGINAL
- [ ] UNSATISFACTORY (Explain in item 20 on reverse)

**12. EVALUATED BY**

a. ORGANIZATION (Name and Address (Include Zip Code))
USACE, Omaha District, Rocky Mountain Area Office

b. TELEPHONE NUMBER (Include Area Code)
719-570-7797

c. NAME AND TITLE
Matthew Ellis
Acting Area Engineer

d. SIGNATURE

e. DATE

**13. EVALUATION REVIEWED BY**

a. ORGANIZATION (Name and Address (Include Zip Code))

b. TELEPHONE NUMBER (Include Area Code)

c. NAME AND TITLE

d. SIGNATURE

e. DATE

**14. AGENCY USE** (Distribution, etc.)

DD FORM 2626, JUN 94    USAPPC V1.01    EXCEPTION TO SF 1420 APPROVED BY GSA-IRSM 6/94

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

**CONTRACT NUMBER:** W9128F08D0029  0001

N/A = NOT APPLICABLE   O = OUTSTANDING   A = ABOVE AVERAGE   S = SATISFACTORY   M = MARGINAL   U = UNSATISFACTORY

| 15. QUALITY CONTROL | N/A | O | A | S | M | U | 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | X | | | | | a. COOPERATION AND RESPONSIVENESS | | X | | | | |
| b. ADEQUACY OF THE CQC PLAN | | X | | | | | b. MANAGEMENT OF RESOURCES / PERSONNEL | | | X | | | |
| c. IMPLEMENTATION OF THE CQC PLAN | | X | | | | | c. COORDINATION AND CONTROL OF SUBCONTRACTORS | | | X | | | |
| d. QUALITY OF QC DOCUMENTATION | | X | | | | | d. ADEQUACY OF SITE CLEAN-UP | | X | | | | |
| e. STORAGE OF MATERIALS | | | | X | | | e. EFFECTIVENESS OF JOB-SITE SUPERVISION | | | X | | | |
| f. ADEQUACY OF MATERIALS | | | | X | | | | | | | | | |
| g. ADEQUACY OF SUBMITTALS | | X | | | | | f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| h. ADEQUACY OF QC TESTING | | | X | | | | | | | | | | |
| i. ADEQUACY OF AS-BUILTS | | | X | | | | g. PROFESSIONAL CONDUCT | | X | | | | |
| j. USE OF SPECIFIED MATERIALS | | X | | | | | h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | | | X | | | |
| k. IDENTIFICATION / CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | | X | | | | | i. IMPLEMENTATION OF SUBCONTRACTING PLAN | | | | X | | |
| 17. TIMELY PERFORMANCE | | | | | | | 18. COMPLIANCE WITH LABOR STANDARDS | | | | | | |
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | X | | | | a. CORRECTION OF NOTED DEFICIENCIES | X | | | | | |
| b. ADHERENCE TO APPROVED SCHEDULE | | | X | | | | b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| c. RESOLUTION OF DELAYS | | X | | | | | c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS WITH SPECIFIC ATTENTION OF THE DAVIS-BACON ACT AND EEO REQUIREMENTS | | | | X | | |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | X | | | | | | | | | | |
| e. COMPLETION OF PUNCHLIST ITEMS | | X | | | | | 19. COMPLIANCE WITH SAFETY STANDARDS | | | | | | |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | | X | | | | a. ADEQUACY OF SAFETY PLAN | | X | | | | |
| | | | | | | | b. IMPLEMENTATION OF SAFETY PLAN | | X | | | | |
| g. WARRANTY RESPONSE | | | X | | | | c. CORRECTION OF NOTED DEFICIENCIES | | X | | | | |

**20. REMARKS** (Explanation of unsatisfactory evaluation is required. Other comments are optional. Provide facts concerning specific events or actions to justify the evaluation. These data must be in sufficient detail to assist contracting officers in determining the contractor's responsibility. Continue on separate sheet(s), if needed.)

EVALUATOR REMARKS: Mass Service & Supply LLC's work on this design/build alteration project for 5 different buildings at Peterson Air Force Base has been outstanding. The Contractor provided design/build services for the renovation of the Command Post Area and Peterson Installation Control Center in the Wing Headquarters, a major renovation of the 21st Security Forces Building, and renovation of the Installation's Education Center. Other project include design/build service for replacement of HVAC in building 504 and construction services to install 6 unit heaters in the base's self-help auto shop. Key features in this design build alteration include HVAC upgrade, classroom and office renovation, restroom renovation, fire protection upgrade, and ATFP. The Air Force has received a renovation of 5 buildings that enhance the image of Peterson Air Force.

15. Quality Control - Mass Service and Supply Quality Control Planning is superb. Quality Standards are enforced from the top of the organization all the way down. Outstanding planning and attention to detail prior to start of any feature of work deficiencies were minimal and work was of the highest quality. The Contractor was instrumental performing his own punch list and ensuring at time of pre-final inspection deficiencies were minimal. This is considered significant in that 2 of the projects have a daily impact to Peterson Air Force in terms of Command and control.

16 Effectiveness of Management - This organization has customer first approach to all aspects of construction. Every Government and the Using Agency questions and concern request were far exceeded by Mass Service and Supply. This Contractor has been very cooperative in all aspects of the contract. The Contractor has fostered a cooperative/ team building approach above and beyond what is typically expected from a construction contractor. The Project Manager, Mr. Keith McQueen, superintendent, Terry Schifferdecker, and Quality Control Manager, Eric Coffy from day one were very proactive to ensuring the 5 projects was completed on or ahead of schedule and of the highest quality.

17 Timely Performance - Mass Service completed of all of the required construction 51 days ahead of schedule.

19 Compliance with Safety Standards - The Contractor's safety is outstanding. For a period of 679 calendar days and 45,274 exposure hours there no lost time or recordable

DD FORM 2626, JUN 94

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

| PART III - EVALUATION OF PERFORMANCE ELEMENTS | CONTRACT NUMBER<br>W9128F08D0029  0001 |
|---|---|

accidents. Additionally, during this performance period the Contractor was inspection by the Omaha District Safety Team on 2 different occasions. There were no major deficiencies.

Main Evaluator is Mr. Pete Thompson at 719-556-3375 and further assessed by Mr. Jack Galloway at 719-556-3379.

**8. TYPE AND PERCENT OF SUBCONTRACTING (Continued...)**

```
2%    Landscaping/Irrigation
1%    Painting/Wall Covering
1%    Masonry
3%    Earthwork
3%    Structural Steel
1%    Fire Protection-Systems
1%    Windows/Glazing
1%    Concrete
```

DD FORM 2626, JUN 94