# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: December 17, 2019 |
| Court Reporter:    Tracy Weir | Interpreter: n/a |
| Probation:         Paige Meador | |

**CASE NO.   19-cr-00308-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| MARY CATHERINE GRASMICK, | Kenneth Harmon<br>Paul Peletier<br>Hilary Cairnie |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:**   Sentencing

**1:34 p.m.**   **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on September 5, 2019. Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

**ORDER**:      The Government's oral motion to admit the exhibits proffered is **GRANTED**.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure (**Doc. #26**).   Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #26)** Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.   Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**   Defendant's Motion for Departure Downward and/or Variant Sentence (**Doc. #26**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:**   Bond will be exonerated upon entry of judgment.

**2:35 p.m.**   **Court in recess.**

Total Time:   1 hour 1 minute.
Hearing Concluded.