**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00308-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY CATHERINE GRASMICK,

Defendant.

---

**DEFENDANT GRASMICK'S UNOPPOSED MOTION
FOR RELEASE AND RETURN OF PASSPORT**

---

Defendant Mary Catherine Grasmick (hereinafter Mrs. Grasmick), by and through her undersigned counsel, without opposition, hereby moves this Courts for an order directing the Clerk of the Court to release her U.S. Passport and return the passport to her. As grounds for the motion, Mrs. Grasmick states as follows:

1.    On July 9, 2019, Mrs. Grasmick made her initial appearance in this case and was released on her personal recognizance, with one of the conditions of release being that she surrender any passports in her possession to the Clerk of this Court (DE 6-7).[1] Mrs. Grasmick surrendered her U.S. Passport to the Clerk of this Court the following day in accordance with this condition (DE 11).

2.    On December 17, 2019, this Court sentenced Mrs. Grasmick to a 3-year term of probation (DE 32). At the time of sentencing, the Court indicated that Mrs. Grasmick's bond would be exonerated upon entry of judgment in the case. Such judgment was entered on December 27, 2019 (DE 33).

---

[1]    "DE" refers to docket entries in this case.

1

3.      Following her sentencing, Mrs. Grasmick met with her supervising U.S. Probation Officer, Joel Nelson, to review the conditions of her probation.  During this meeting, Mrs. Grasmick discussed with the Probation Officer the return of her passport and was advised that, although one of her conditions of probation is that she not leave the District of Colorado without prior permission of her probation officer or the Court, the Probation Officer did not oppose the return of Mrs. Grasmick's passport to her.

5.      Undersigned counsel for Mrs. Grasmick thereafter contacted Probation Officer Nelson directly and confirmed that the Probation Officer did not object to the release and return of Mrs. Grasmick's U.S. Passport.  Undersigned counsel further corresponded with Assistant U.S. Attorney Bryan Fields about this request and was advised that he does not oppose the relief sought in this motion.

WHEREFORE, Defendant Grasmick respectfully requests that this Court grant this motion and enter an order directing the Clerk of the Court to release her U.S. Passport and return the passport to her.

DATED this 14th day of January, 2020.

Respectfully submitted,

*s/Kenneth M. Harmon*
Kenneth M. Harmon
Springer & Steinberg, P.C.
1600 Broadway, Suite 2100
Denver, Colorado 80202
Tel. No. (303) 861-2800
E-Mail:kharmon@springersteinberg.com

Co-counsel for Mary Catherine Grasmick

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th  day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                *s/Kenneth M. Harmon*
                                                Kenneth M. Harmon