PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2020

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

[✓] **Original Notice**
Date: 07/10/2019
By: C. Madrid

[ ] **Notice of Disposition**
Date: _____
By: _____

---

Defendant: Mary Catherine Grasmick
Date of Birth: ▮▮▮▮ 1961
SSN: _____

Case Number: 19-cr-00308-DDD-1
Place of Birth: Colorado

---

**Notice of Court Order** (Order Date: 11/07/2018)

[✓] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number 529499572 and/or passport card number _____ to the custody of the U.S. District Court on 07/10/2019.

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court

*Kenneth M. Harmon*
1/16/2020