IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Criminal Action No. 1:19-cr-00308-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY CATHERINE GRASMICK,

    Defendant.

## ORDER GRANTING EARLY TERMINATION OF PROBATION

On September 5, 2019, Defendant Mary Catherine Grasmick pleaded guilty to one count of falsifying records with the intent to obstruct a federal investigation in violation of 18 U.S.C. § 1519. (Docs. 15, 16.) On December 27, 2019, this Court sentenced Defendant to a three-year term of probation with several special conditions, including a requirement of 250 community-service hours. (Docs. 32, 33.)

Defendant now moves, unopposed, for an early termination of her three-year term of probation. (Doc. 38.) As support, Defendant notes that she has completed more than one year of her term without incident; she has completed her required community-service hours; and the probation department fully supports early termination. (*Id.* at pp. 2-3.)

The Court may, after consideration of the sentencing factors found in 18 U.S.C. § 3553(a), terminate a term of probation early in a felony case after the expiration of at least one year of the probation sentence. 18 U.S.C. § 3564(c).

- 1 -

- 2 -

Upon reviewing Defendant's submission, and in light of the relevant sentencing factors, the Court finds that early termination is appropriate here. Defendant has complied with her terms of probation, including her community-service requirement. Defendant has already served more than one year of probation without the need for any further involvement by the Court. Probation fully supports the motion, and the government does not oppose it.

It is therefore ORDERED that Defendant's Motion for Early Termination of Probation (Doc. 38) is GRANTED. Defendant's term of probation is hereby TERMINATED effective immediately.

DATED: April 15, 2021          BY THE COURT:

Hon. Daniel D. Domenico
United States District Judge